# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 9301 | DATE | 1/3/2002 |
| CASE TITLE | Adrian Martinez vs. Lexus of Naperville, et al | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. For the reasons expressed in both of this Court's memorandum orders, both Martinez' Complaint and this action are therefore dismissed as untimely. And that dismissal moots Martinez' Application To Proceed Without Prepayment of Fees and his Motion for Appointment of Counsel.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JAN 04 2002 | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | 9 |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | docketing deputy initials | |
| | | 1/3/2002 | |
| SN | courtroom deputy's initials | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADRIAN MARTINEZ, )
)
Plaintiff, )
)
v. ) No. 01 C 9301
)
LEXUS OF NAPERVILLE, et al., )
)
Defendants. )

## MEMORANDUM ORDER

This Court's December 6, 2001 memorandum order directed plaintiff Adrian Martinez ("Martinez") to explain the substantial disparity between the date of EEOC's right-to-sue letters and Martinez' claimed date of receipt of those letters--a disparity that raised an obvious question as to the possible untimeliness of Martinez' employment discrimination lawsuit against his former employers Lexus of Naperville and Dan Wolf Motors of Naperville, Inc. Because Martinez' December 13 "Additional Supplementary Filing" really confirmed the potential untimeliness problem rather than providing a satisfactory answer, this Court issued a further memorandum order on December 13 that granted Martinez some additional time (until December 27) to provide "any explanation that would justify keeping his lawsuit in court."

December 27 has now come and gone without anything further from Martinez. For the reasons expressed in both of this Court's memorandum orders, both Martinez' Complaint and this action are therefore dismissed as untimely. And that dismissal moots

Martinez' Application To Proceed Without Prepayment of Fees and his Motion for Appointment of Counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date:   January 3, 2002